UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR**,

      Plaintiff,

vs.                            CASE NO. 6:25-cv-00310-CEM-DCI

**DVL USA INC., d/b/a CLOUDHOP
BAKE SHOP,**

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case.  Plaintiff respectfully requests the parties be given thirty (30) days to allow them to finalize their settlement agreement and to file the appropriate dismissal document.

      Dated: March 17, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| rhannah@rhannahlaw.com | duranandassociates@gmail.com |

By:  *s/ Roderick V. Hannah*          By:  *s/ Pelayo M. Duran*
      RODERICK V. HANNAH              PELAYO M. DURAN
      Fla. Bar No. 435384                Fla. Bar No. 0146595